UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


THEODORE J. PHILLIPS (#216784)

VERSUS                                          CIVIL ACTION

ALFRED F. MCCALEB, III                          NUMBER 08-100-FJP-SCR


**NOTICE**

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have ten days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within ten days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Baton Rouge, Louisiana, April 7, 2008.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


THEODORE J. PHILLIPS (#216784)

VERSUS                                          CIVIL ACTION

ALFRED F. MCCALEB, III                          NUMBER 08-100-FJP-SCR


MAGISTRATE JUDGE'S REPORT

Pro se plaintiff, an inmate at Louisiana State Penitentiary, Angola, Louisiana, filed this action against attorney Alfred F. McCaleb, III.  Plaintiff alleged that McCaleb, an attorney in Livingston, Louisiana, breached a contract to represent the plaintiff in a personal injury lawsuit and a workers compensation claim.

District courts have original jurisdiction over civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.  28 U.S.C. § 1332.  For purposes of subject matter jurisdiction, the court generally looks to the complaint itself to determine what amount is in controversy.  *Horton v. Liberty Mutual Insurance Company*, 367 U.S. 348, 81 S.Ct. 1570, *rehearing denied*, 368 U.S. 870, 82 S.Ct. 24(1961).

It is clear from a review of the complaint that both the plaintiff and the defendant are Louisiana citizens, and it is not

facially apparent that the required amount in controversy is present. Consequently, this court lacks diversity jurisdiction, and the plaintiff's complaint should be dismissed for lack of subject matter jurisdiction.

RECOMMENDATION

It is the recommendation of the magistrate judge that the plaintiff's complaint be dismissed for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, April 7, 2008.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE