UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEODORE J. PHILLIPS (#216784)

VERSUS                                             CIVIL ACTION

ALFRED F. MCCALEB, III                             NUMBER 08-100-FJP-SCR

J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of the defendant and against the plaintiff, dismissing the plaintiff's complaint for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, May 8, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45171