UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEODORE J. PHILLIPS (#216784)

VERSUS

ALFRED F. MCCALEB, III

CIVIL ACTION

NUMBER 08-100-FJP-SCR

RULING

This matter is before the court on the plaintiff's Motion Requesting Transfer Order. Record document number 12.

Plaintiff sought an order transferring this matter to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, Louisiana.

Judgment was entered on May 8, 2008, dismissing the plaintiff's complaint for lack of subject matter jurisdiction.[1] This court has no authority to transfer this case to the Nineteenth Judicial District Court.

Accordingly, the plaintiff's Motion Requesting Transfer Order is denied.

Baton Rouge, Louisiana, June ___18___, 2008.

FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE

---

[1] Record document number 11.